UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THOMAS KARMATZIS,

    Plaintiff,

    v.

DR. SHAH and A. RECTOR, ,

    Defendants.

Case No. 13-cv-1120-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. On January 31, 2014, the Court stayed this case pending receipt of the entire initial partial filing fee of $14.31 (Doc. 40). The plaintiff paid that fee on February 24, 2014, which the Court deems timely. Accordingly, the Court **LIFTS** the stay in this case and **ORDERS** that all deadlines that expired during the stay are extended to March 11, 2014, and all other existing and unexpired deadlines are extended by fourteen days. This action renders **MOOT** the plaintiff's motion for an order to show cause (Doc. 44), motion for continuance to pay the initial partial filing fee (Doc. 47), motion for reconsideration for the motion for continuance (Doc. 50), and motion for an extension of time (Doc. 51).

**IT IS SO ORDERED.**
**DATED: February 25, 2014**

                                          s/J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**