IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THOMAS KAMARTZIS,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
|       vs. | )   Case No. 13-cv-01120-JPG-PMF |
| | ) |
| **DR. SHAH, et al.,** | ) |
| | ) |
|       **Defendants.** | ) |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is plaintiff Thomas Kamartzis's motion for preliminary injunctive relief (Doc. No. 74). The motion is opposed (Doc. No. 78). A reply is on file (Doc. No. 79). This is the fourth motion of this type filed in this proceeding. On June 2, 2014, a prior motion was denied (Doc. No. 72).

Plaintiff has a number of medical concerns. He seeks an order directing the defendants to provide him with better medical care in the form of afternoon doses of pain medication, a shower chair, gym days, and an adjusted physical therapy schedule.

The legal standard for preliminary injunctive relief was set forth in Doc. No. 60 and is not repeated here. The materials submitted have been reviewed. They do not satisfy the legal standard for preliminary injunctive relief or show adequate grounds for reconsideration of the June 2, 2014, ruling. *Caisse Nationale de Credit Agricole, v. CBI Industries*, 90 F.3d 1264, 1269 (7th Cir. 1996) (motions seeking reconsideration serve a limited function: to correct manifest errors of law or fact or to present newly discovered evidence). Plaintiff's suggestion that deficient medical care is being provided as a form of retaliation for prior grievances and lawsuits is not well-supported.

IT IS RECOMMENDED the new motion (Doc. No. 74) be DENIED.

**SUBMITTED:**  July 29, 2014 .

        s/Philip M. Frazier
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**